UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOSE O. YANES, | ) | |
| | ) | Case No. 10-12441-WCH |
| Debtor. | ) | |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL NOTICES AND PAPERS

Please enter the appearance of Richard J. Levin and Matthew H. Pappas, both of Cumsky & Levin LLP, as counsel to Wainwright Bank & Trust Company a creditor and party-in-interest in the above-captioned matter. Please serve a copy of all notices and papers related to the above-captioned matter, including, but not limited to, notices required by Bankruptcy Rule 2002 and the Local Rules of Bankruptcy Procedure, upon Richard J. Levin and Matthew H. Pappas at the address indicated below.

Respectfully submitted,

**Wainwright Bank & Trust Company,**

By its attorney,

/s/ Matthew H. Pappas
Matthew H. Pappas (BBO#657497)
Cumsky & Levin LLP
6 University Road
Cambridge, MA 02138
(617) 492-9700
mpappas@cumskylevin.com

Dated: March 11, 2010

G:\RJL\WBT\105 - Yanes\Bankruptcy\Notice of Appearance (03-11-10).doc

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JOSE O. YANES,<br><br>      Debtor. | Chapter 11<br><br>Case No. 10-12441-WCH |

CERTIFICATE OF SERVICE

I, Matthew H. Pappas, state that on March 11, 2010, I electronically filed the foregoing Notice of Appearance and Request for Service of All Notices and Papers with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the US Trustee
Herbert Weinberg, Esq. – Attorney for Debtor

/s/ Matthew H. Pappas
Matthew H. Pappas (BBO#657497)