UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Jose O. Yanes,<br><br>               Debtor. | CHAPTER 11<br>CASE NO. 10-12441-WCH |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

    You are hereby given notice that HARMON LAW OFFICES, P.C. appears for Central Mortgage Company to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002(g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                                Respectfully submitted,
                                Central Mortgage Company,
                                By its Attorney

                                /s/ Deirdre M. Keady
                                Deirdre M. Keady, Esquire
                                BBO# 359020
                                HARMON LAW OFFICES, P.C.
                                P.O. Box 610345
                                Newton Highlands, MA 02461-0345
                                781-292-3900
                                617-243-4049 (fax)
                                mabk@harmonlaw.com

Dated: March 24, 2010

In Re: Jose O. Yanes  
Case No. 10-12441-WCH  
CHAPTER 11

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF MASSACHUSETTS  
EASTERN DIVISION

| IN RE:<br><br>Jose O. Yanes | CHAPTER 11<br>CASE NO. 10-12441-WCH |
|---|---|

CERTIFICATE OF SERVICE

      I, Deirdre M. Keady, Esquire, state that on March 24, 2010, I electronically filed the foregoing Notice of Appearance with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee  
Patrick Martin, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                        /s/ Deirdre M. Keady  
                                        Deirdre M. Keady, Esquire  
                                        BBO# 359020

Jose O. Yanes  
345 Centre Street  
Jamaica Plan, MA 02130

DMK//200904-1572/Yanes, Jose