UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:                                           CHAPTER 11
                                                 CASE NO. 10-12441-WCH
Jose O. Yanes,
              Debtor.

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

You are hereby given notice that HARMON LAW OFFICES, P.C. appears for Bank of America, N.A. to represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

                            Respectfully submitted,
                            Bank of America, N.A.,
                            By its Attorney


                            /s/ Deirdre M. Keady
                            Deirdre M. Keady, Esquire
                            BBO# 359020
                            HARMON LAW OFFICES, P.C.
                            P.O. Box 610345
                            Newton Highlands, MA 02461-0345
                            781-292-3900
                            617-243-4049 (fax)
                            mabk@harmonlaw.com


Dated: April 16, 2010

In Re: Jose O. Yanes<br>
Case No. 10-12441-WCH<br>
CHAPTER 11

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Jose O. Yanes | CHAPTER 11<br>CASE NO. 10-12441-WCH |

### CERTIFICATE OF SERVICE

I, Deirdre M. Keady, Esquire, state that on April 16, 2010, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esquire, Assistant U.S. Trustee
Patrick Martin, Esquire for the Debtor
Herbert Weinberg, Esquire for the Debtor
Jennifer L. Hertz, Esquire for the U.S. Trustee

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Deirdre M. Keady<br>
Deirdre M. Keady, Esquire<br>
BBO# 359020

Jose Yanes
345 Centre Street
Jamaica Plain, MA 02130

DMK//200903-2178/Yanes, Jose